COLUMBIA GAS TRANSMISSION CORPORATION, APPELLANT,
*v.* BENNETT ET AL., APPELLEES.

[Cite as *Columbia Gas Transmission Corp.
v. Bennett* (1992), 63 Ohio St.3d 1207.]

(No. 91–446—Submitted February 19, 1992—Decided April 8, 1992.)

*Young & Alexander Co., L.P.A.,* and *A. Mark Segreti, Jr.,* for appellant.

*Pickrel, Schaeffer & Ebeling Co., L.P.A., Andrew C. Storar* and *Diane L. Gentile,* for appellees.

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents and would affirm the court of appeals with an opinion.